## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

ROBERT DAVIS, 15033165,     )
          Plaintiff,       )
v.                     )    No. 3:15-CV-2908-B
                     )
DALLAS COUNTY JAIL, ET AL.,  )
         Defendants.    )

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the

Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are

adopted as the findings and conclusions of the Court.

Signed this 22nd day of December, 2015.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE